## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## NORTHERN DIVISION

BRIAN W. SEXTON,

       Plaintiff,

v

PANEL PROCESSING, INC.,
a Michigan corporation, and
PANEL PROCESSING OF
COLDWATER, INC.

       Defendants.

Case No. 1:12-cv-10946
Hon. Thomas L. Ludington
Magistrate Judge Charles E. Binder

---

ISACKSON, WALLACE & PFEIFER, P.C.
William A. Pfeifer (P45263)
Attorney for Plaintiff
114 South Second Avenue
Alpena, MI 49707
(989) 354-8242

BODMAN PLC
Steven J. Fishman (P13478)
Donald H. Scharg (P29225)
David A. Malinowski (P72076)
Attorneys for Defendants
201 West Big Beaver Road, Suite 500
Troy, MI 48084
(248) 743-6000

---

### AGREED ORDER FOR PROTECTIVE ORDER AND
### TO STAY DISCOVERY PENDING JUDICIAL RESOLUTION
### OF THE MOTION FOR SUMMARY JUDGMENT

The Court, having been advised in the premises; the Defendants having filed a motion for

summary judgment seeking dismissal of the entire Complaint, the trial being scheduled for

March 26, 2013, and the agreement of the parties as evidenced by the signatures of their

respective attorneys below:

IT IS HEREBY ORDERED that all formal discovery under the Fed. R. Civ. P. shall be

stayed pending judicial resolution of Defendants' summary judgment motion seeking dismissal

of all claims.

IT IS FURTHER ORDERED that if not all of the Complaint is dismissed, the parties will

be given time to complete discovery.

<div style="text-align: right;">

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

</div>

Date: June 25, 2012


AGREED TO:


| _____/s/ William A. Pfeifer_____ | _____/s/ Donald H. Scharg_____ |
|---|---|
| William A. Pfeifer  (P45263) | Donald H. Scharg  (P29225) |
| Attorney for Plaintiff | BODMAN PLC |
| ISACKSON, WALLACE & PFEIFER, P.C. | Attorney for Defendant |
| Attorney for Plaintiff | 201 West Big Beaver Road, Suite 500 |
| 114 South Second Avenue | Troy, Michigan 48084 |
| Alpena, MI 49707 | (248) 743-6033 |
| (989) 354-8242 | dscharg@bodmanlaw.com |
| bill@alpenalegal.com | (P29225) |
| (P45263) | |


<div style="border: 2px solid black; padding: 10px;">

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 28, 2012.

<div style="text-align: center;">

s/Tracy A. Jacobs
TRACY A. JACOBS

</div>

</div>

Troy_664150_1