UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BRIAN SEXTON,

        Plaintiff,

v.

        Case No. 12-10946
        Honorable Thomas L. Ludington

PANEL PROCESSING, INC., et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the order entered on this date granting in part Defendants' motion for summary judgment,

It is **ORDERED AND ADJUDGED** that Defendant's motion for summary judgment is **GRANTED IN PART**.

It is further **ORDERED AND ADJUDGED** that Plaintiff's whistleblower claim is **DISMISSED WITH PREJUDICE** and supplemental jurisdiction over Plaintiff's wrongful discharge claim is **DECLINED**.

Dated: October 30, 2012
        s/Thomas L. Ludington
        THOMAS L. LUDINGTON
        United States District Judge

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 30, 2012.

        s/Tracy A. Jacobs
        TRACY A. JACOBS