UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BRIAN W. SEXTON,                          File No. 12-10946 BC
                                          Hon. Thomas L. Ludington
            Plaintiff,

vs.

PANEL PROCESSING, INC.,
A Michigan Corporation, and
PANEL PROCESSING OF COLDWATER,
INC., A Michigan Corporation

            Defendants.
_____

| WILLIAM A. PFEIFER (P45263) | BODMAN PLC |
|---|---|
| Attorney for Plaintiff | Steven J. Fishman (P13478) |
| ISACKSON, WALLACE & PFEIFER P.C. | Donald H. Scharg (P29225) |
| 114 South Second Avenue | David A. Malinowski (P72076) |
| Alpena, MI  49707 | Attorneys for Defendant |
| (989) 354-8242 | 201 W. Big Beaver Road, Suite 500 |
|  | Troy, MI  48084 |
|  | (248) 743-6000 |

## NOTICE OF APPEAL

Notice is hereby given that Brian Sexton, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from an Judgment dismissing Plaintiff's Whistleblowers' claim entered in this action on October 30, 2012.  Plaintiff's time for filing his Appeal was tolled pursuant to FRAP Rule 4(a)(4)(A)(ii) and (iv) by Defendant's filing of a Motion for Reconsideration on November 13, 2012 and the entry of the Court's Opinion and Order Denying Defendant's Motion for Reconsideration on April 12, 2013.

Date: May 6, 2013

                                          /s/ William A. Pfeifer
                                          William A. Pfeifer (P45263)
                                          Attorney for Plaintiff
                                          114 S. Second Avenue
                                          bill@alpenalegal.com
                                          (989) 354-8242